■ MADELINE B. O'MALLEY, as Administratrix of the Estate of EDWARD O'MALLEY, Deceased, Respondent, v. CITY OF NEW YORK, Defendant, and MICHAEL PAINTER et al., Appellants.— In a negligence action to recover damages for wrongful death, the defendants Michael Painter and Catherine Clark appeal from so much of a judgment of the Supreme Court, Queens County, entered December 22, 1961 upon the jury's verdict after trial, as is in favor of the plaintiff and against said defendants. Judgment, insofar as appealed from, reversed on the law and the facts, with costs to abide the event; new trial ordered as between the plaintiff and said defendants only; and action severed as to the defendant City of New York. In our opinion, the learned Trial Justice erred in excluding the Medical Examiner's report, and in refusing to recess the trial for a reasonable period of time to await the arrival of the Medical Examiner who had been subpœnaed as a witness and was on his way to court. We are also of the opinion that the learned Trial Justice unduly participated in the trial, and that inadvertently he may have indicated to the jury a hostile attitude toward the defendants' case. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BOYLE, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the County Court, Kings County, dated February 9, 1961, which denied, without a hearing, his application for a review of two of his prior foreign convictions on the basis of which he was allegedly adjudged a fifth felony offender. Order affirmed. No opinion. (See People v. Boyle, 16 A D 2d 942.) Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BOYLE, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated October 13, 1961, which denied, without a hearing, his motion for resentence as other than a fifth felony offender under a judgment of the County Court, Kings County, rendered February 24, 1955 upon his plea of guilty, convicting him of attempted robbery in the third degree, and sentencing him, as a fifth felony offender, to serve a term of 15 years to life. For the purposes of this appeal the order has been considered to be one made upon a coram nobis application to vacate the judgment of conviction, such an order being appealable by defendant (Code Crim. Pro., § 517, subd. 3). Order affirmed. No opinion. (See People v. Boyle, 16 A D 2d 942.) Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BOYLE, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the County Court, Kings County, dated May 24, 1957, which denied, without a hearing, his application (1) to vacate a judgment of said court, rendered February 24, 1955 upon his plea of guilty, convicting him of attempted robbery in the third degree, and sentencing him as a prior felony offender to serve a term of 15 years to life; and (2) for resentence as a first offender. Order affirmed. No opinion. (See People v. Boyle, 16 A D 2d 942.) Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS L. BRATCHER, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the County Court, Queens County, dated November 15, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered August 8, 1956 on his plea of guilty, convicting him of grand larceny in the first degree (Penal Law, § 1293-a), and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.